IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:12CR399-1
:
KRISTEN DOUGLAS WELTER :

The United States Attorney charges:

From on or about April 6, 2009, continuing up to and including on or about March 19, 2012, the exact dates unknown, in the County of Cabarrus, in the Middle District of North Carolina, KRISTEN DOUGLAS WELTER knowingly did possess materials that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, in and affecting interstate commerce by any means, including by computer, and that had been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

FORFEITURE ALLEGATIONS

As a result of the offense alleged above, the defendant, KRISTEN DOUGLAS WELTER, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual

depictions described in Title 18, United States Code, Sections 2252A, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to the following item that was obtained from defendant:

1. Western Digital HDD, model number WD200EB-11CSFO, serial number WMAC81106713;

2. Acer Aspire Laptop Computer, serial number LXRCE020731190032A2000;

3. Dell Inspiron Laptop Computer, IC: 4324A-BRCM1020;

4. Dell Desktop Computer, Express Service Code: 27853685821.

All in accordance with Title 18, United States Code, Section 2253, and Rule 32.2, Federal Rules of Criminal Procedure.

_____
GRAHAM T. GREEN
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

2