IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:12CR399-1 |
| v. | : | |
| KRISTEN DOUGLAS WELTER | : | FACTUAL BASIS |

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

On March 22, 2012, a federal search warrant was executed at 4631 Fenton Drive, Concord, North Carolina, a home belonging to KRISTEN DOUGLAS WELTER. Subsequent to the search warrant, WELTER was arrested for felony possession of a firearm. During the course of the search and arrest, WELTER provided consent to search all computers located in his residence.

On April 13, 2012, the FBI was made aware of the potential existence of two hard drives located in WELTER's residence. The FBI became aware of their existence after a confidential human source (CHS) received a letter from WELTER in which the CHS was instructed to go into WELTER's home, seize the hard drives and destroy them. The CHS did as instructed, but rather than destroy the hard drives, the CHS turned them over to the FBI. On April 19, 2012, the hard drives were provided to SA Michael Davis of

1

the FBI. These hard drives were then provided to FBI Charlotte CART for examination.

A forensic examination was conducted on the two seized hard drives. During the course of the examination, images of child pornography were discovered. Following the discovery of these images, they were loaded into the viewing software LACE and categorized by SA Michael Davis and SA John Letterhos. All images and videos of child pornography were located on item QCE4 which is described as a Western Digital HDD, model number WD200EB-11CSFO, serial number WMAC81106713. WELTER's computer media which contained the child pornography, as well as some of the images of child pornography, were manufactured outside the State of North Carolina. The digital file creation or access of the child pornography files were at used as early as April 6, 2009.

This the 19th day of November, 2012.

Respectfully submitted,

RIPLEY RAND
UNITED STATES ATTORNEY

/S/ GRAHAM T. GREEN
Assistant United States Attorney
NCSB #22082
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street
Winston-Salem, NC 27101

2